UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————

UNITED STATES OF AMERICA                                22 Cr. 178 (NSR)

                                                    :

    –  V. –

                                                    :

DAVID ZAYAS

———————————————————————

<u>DAVID ZAYAS'S MOTION TO SUPPRESS</u>

        DAVID ZAYAS, through undersigned counsel, respectfully seeks suppression
of the firearms and narcotics and telephones that were recovered in the above-
captioned case.  As set forth in Mr. Zayas's accompanying Memorandum of Law, the
evidence seized by law enforcement must be suppressed as the "fruit" of an unlawful
seizure and as a "fruit" of an unlawful search.  Additionally, suppression of the
telephones is required because the warrant was invalid and because the police
searched the phone *before* the issuance of the warrant.


                            David Patton, Esq.
                            Federal Defenders of New York
                            81 Main Street, Suite 300
                            White Plains, New York 10601
                            914-458-8124

                            By Benjamin Gold,
                            Attorney for DAVID ZAYAS


To:    Damian Williams
       United States Attorney
       Southern District of New York
       300 Quarropas Street
       White Plains, New York  10601

       Attention:   Timothy Josiah Pertz
                     Assistant United States Attorney