

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street Suite 1100*
*White Plains, New York 10606*

June 2, 2023

**By Email**
Honorable Nelson S. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

      Re:    <u>United States v. David Zayas, 22 Cr. 178 (NSR)</u>

Dear Judge Román:

      In the above-captioned case, the parties plan to request a change-of-plea hearing before the magistrate judge, per the Court's standing order, the week of June 26, 2023.

      The parties request that the Court adjourn both the telephonic status conference scheduled for June 9, 2023, the Government's current motion response deadline of June 16, 2023, *sine die*, in anticipation of the change-of-plea.

      Further, the Government requests, without objection from the defense, an exclusion of time under the Speedy Trial Act until July 1, 2023, to allow the parties to finalize preparations for the change-of-plea.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney for the
                                        Southern District of New York

                          by:  <u>/s/ T. Josiah Pertz</u>
                              T. Josiah Pertz
                              Assistant United States Attorney