

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main St. Suite 1100*
*White Plains, New York 10606*

June 9, 2023

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. David Zayas, 22-cr-178 (NSR)</u>

Dear Judge Román:

      Attached please find a proposed consent order for exclusion of time under the Speedy Trial Act in the above-captioned case. As set forth in substance in the Government's letter of June 2, 2023, the defendant plans to plead guilty pursuant to a plea agreement at the end of the month. The Government accordingly requests, without objection from the defense, an exclusion of time under the Speedy Trial Act until July 3, 2023, to allow the parties to finalize preparations for the change-of-plea.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

      by: /s/ T. Josiah Pertz
          T. Josiah Pertz
          Assistant United States Attorney
          (212) 673-2246

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA
                                     :    [PROPOSED] ORDER
        - v. -
                                     :    22 Cr. 178
DAVID ZAYAS,
                                     :
              Defendant.
- - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by and through Damian Williams, United States Attorney, T. Josiah Pertz, of counsel, and with the consent of the defendant, by and through counsel, it is hereby ORDERED that the time between June 9, 2023 and July 3, 2023 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to finalize ongoing discussions about a pretrial disposition of this case.

Dated: White Plains, New York

_____ , 2023

_____
HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE