UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------x
                                 :
UNITED STATES OF AMERICA
                                 :   ORDER
     - v. -
                                 :   22 Cr. 178 (NSR)
DAVID ZAYAS,
                                 :
       Defendant.
------------------x

   Upon the application of the United States of America, by and through Damian Williams, United States Attorney, T. Josiah Pertz, of counsel, and with the consent of the defendant, by and through counsel, it is hereby ORDERED that the time between June 9, 2023 and July 3, 2023 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

   The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to finalize ongoing discussions about a pretrial disposition of this case.

Dated: White Plains, New York     SO ORDERED.
      __June 9__ , 2023

                                          _____
                                          HONORABLE NELSON S. ROMÁN
                                          UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2023